# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL
ADMITTED IN NY & NJ

ANDREA L. ZELLAN
ADMITTED IN NY & NJ

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

**REQUEST GRANTED.**

1/4/2024   SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

January 3, 2024

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

Re:   United States v. Troy Caruso, 23 Cr. 654 (LJL)

Dear Judge Liman:

I write on behalf of my client, Troy Caruso, to request additional time to post properties as part of his bail conditions. On December 26, 2023, this Court granted our previous motion requesting an additional 10 days to meet the real property condition of the bond. (ECF 16.) We write now to request until January 8, 2024, to meet the real property condition. The reason for this request is that due to the holiday closures, we had difficultly posting the properties to meet the bond condition. Thank you for your consideration.

Respectfully,

Marc Agnifilo, Esq.
Teny Geragos, Esq.

cc:   Government Counsel (via ECF)