# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

———

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL
ADMITTED IN NY & NJ

ANDREA L. ZELLAN
ADMITTED IN NY & NJ

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

January 22, 2024

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**
**The Court approves the modification to Mr. Caruso's bail conditions as proposed.**

1/23/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   United States v. Troy Caruso, 23 Cr. 654 (LJL)

Dear Judge Liman:

With the consent of the Government and Pretrial Services, we write on behalf of our client, Troy Caruso, to request a modification of Mr. Caruso's bail conditions in the above-captioned case. Mr. Caruso's current bail conditions include the following conditions, among others: travel restricted to the SDNY, EDNY and District of Vermont ("DVT"); drug testing/treatment as directed by pretrial services; mental health evaluation/treatment as directed by pretrial services; and a curfew. (See ECF 10 at 5.)

We request that these conditions be modified:

- To allow for travel to the intermediate districts between EDNY and DVT, including NDNY;
- To remove the requirements for drug testing and mental health evaluation, as Pretrial Services has deemed them unnecessary at this time;
- To eliminate the curfew, so long as Mr. Caruso provides his anticipated schedule on a weekly basis to his Pretrial Services Officer so that Pretrial Services is aware of his whereabouts.

BRAFMAN & ASSOCIATES, P.C.

Thank you for your consideration.

                      Respectfully submitted,

                      Marc Agnifilo, Esq.
                      Teny Geragos, Esq.

cc:    Government Counsel (via ECF)
        Pretrial Services Officer Jessica Aguilar-Adan (by email)