# AGNIFILO INTRATER

March 27, 2024

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**
The Court approves the modifications to Mr. Caruso's conditions of release to allow him to travel as proposed.

3/27/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   United States v. Troy Caruso, 23 Cr. 654 (LJL)

Dear Judge Liman:

I write on behalf of my client, Troy Caruso, to seek a modification of his conditions of release. First, we write to correct a previous filing where we asked that the Court allow Mr. Caruso to travel to Florida, from April 1, 2024, through April 5, 2024. (See ECF 31.) Because Mr. Caruso has a court date before Your Honor on that week, we request that the Court allow him to travel to Florida from April 6, 2024, through April 14, 2024.

Second, we request that the Court modify Mr. Caruso's conditions of release to allow for Mr. Caruso to travel to the Eastern District of Pennsylvania from Thursday, March 28, 2024, to Friday, March 29, 2024. Mr. Caruso will be staying with his cousin in Quakerburg, Pennsylvania.

If the Court approves these modifications, Mr. Caruso will provide his itinerary to Pretrial Services. We discussed this application with the Government, and they have no objection. Pretrial Services (Officer Jessica Aguilar-Adan) has no objection and defers to the Court. We thank the Court for its consideration of these requests.

Respectfully submitted,

Marc Agnifilo, Esq.

cc:   Government Counsel (via ECF)
      Pretrial Services Officer Jessica Aguilar-Adan (via email)

**MARC AGNIFILO**
marc@agilawgroup.com

**ZACH INTRATER**
zach@agilawgroup.com

**TENY GERAGOS**
teny@agilawgroup.com

445 PARK AVE, 7TH FLOOR | NEW YORK, NY 10022 | WWW.AGILAWGROUP.COM