# AGNIFILO INTRATER

May 9, 2024

<u>VIA ECF</u>
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**
**The Court approves the modifications to Mr. Caruso's conditions of release to allow him to travel as proposed.**

5/10/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   <u>United States v. Troy Caruso</u>, 23 Cr. 654 (LJL)

Dear Judge Liman:

    I write on behalf of my client, Troy Caruso, to seek a modification of his conditions of release to allow him to travel to Boca Raton and Ft. Lauderdale, Florida, from May 16, 2024, through May 27, 2024. If the Court approves this modification, Mr. Caruso will provide his itinerary to Pretrial Services. We discussed this application with the Government, and they take no position. Pretrial Services (Officer Jessica Aguilar-Adan) has no objection.

    We thank the Court for its consideration of this request.

Respectfully submitted,

Marc Agnifilo, Esq.

cc:   Government Counsel (via ECF)
       Pretrial Services Officer Jessica Aguilar-Adan (via email)