# AGNIFILO INTRATER

June 10, 2024

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**
The Court approves the modification to Mr. Caruso's conditions of release to allow him to travel as proposed.

6/10/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   United States v. Troy Caruso, 23 Cr. 654 (LJL)

Dear Judge Liman:

I write on behalf of my client, Troy Caruso, to seek a modification of his conditions of release to allow him to travel to Boca Raton and Ft. Lauderdale, Florida from June 11, 2024, through June 17, 2024. If the Court approves this modification, Mr. Caruso will provide his itinerary to Pretrial Services. We have discussed this application with the Government, and they take no position. Pretrial Services (Officer Jessica Aguilar-Adan) has no objection.

We thank the Court for its consideration.

Respectfully submitted,

Marc Agnifilo, Esq.

cc:   Government Counsel (via ECF)
      Pretrial Services Officer Jessica Aguilar-Adan (via email)