# AGNIFILO INTRATER

June 26, 2024

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**
The Court approves the modification to Mr. Caruso's bail conditions as proposed.

6/27/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   United States v. Troy Caruso, 23 Cr. 654 (LJL)

Dear Judge Liman:

We write with the consent of the Government to request a modification of Mr. Caruso's bail conditions in the above-captioned case. On December 14, 2023, Judge Ona Wang released Mr. Caruso on the condition, *inter alia*, that he post a $10 million personal recognizance bond, signed by three financially responsible persons and secured by at least $2.5 million in real property.

O1ne of the properties securing Mr. Caruso's bond is located at 1179 South Hill Road, Ludlow, VT 05149, and is worth approximately half a million dollars. Mr. Caruso is seeking permission to no longer have this property secure his bond, and to sell the property. Therefore, we write now to request that the amount of real property securing his bond be reduced to $2 million.

Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo

cc:   All counsel (via ECF)

445 PARK AVE, 7TH FLOOR | NEW YORK, NY 10022 | WWW.AGILAWGROUP.COM