# AGNIFILO INTRATER

October 2, 2024

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**

10/3/2024 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: <u>United States v. Troy Caruso and John Nolan</u>, 23 Cr. 654 (LJL)

Dear Judge Liman:

We represent Mr. Troy Caruso in the above-captioned case and write on behalf of all parties to respectfully request a one-week extension to submit to the Court whether a resolution has been reached in this matter. The reason for this request is that the parties have been working through a detailed series of calculations that are relevant to how loss will be calculated under the guidelines. We believe the parties will be able to resolve this issue if given this extra week.

We thank the Court for its consideration.

Respectfully submitted,

Marc Agnifilo
Teny R. Geragos

cc:   All Counsel (via ECF)