

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

**BY ECF**

REQUEST GRANTED.
The Clerk of Court is respectfully directed to terminate
attorney Nicholas Folly on the docket.

The Honorable Lewis J. Liman
United States District Judge
United States Courthouse
New York, New York 10007

10/10/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:  *United States v. Troy Caruso*, 23 Cr. 00654 (LJL)**

Dear Judge Liman:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.  Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____/s/_____

Nicholas Folly
Assistant United States Attorney
Tel.: (212) 637-1060