# AGNIFILO INTRATER

October 17, 2024

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**
The Court approves the temporary modification to Mr. Caruso's bail conditions as proposed.

10/18/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   United States v. Troy Caruso, 23 Cr. 654 (LJL)

Dear Judge Liman:

We represent Mr. Troy Caruso in the above-captioned case and write pursuant to the Court's October 4, 2024, Order denying him without prejudice to renew his request to travel to Charleston, South Carolina. He renews his request to travel Friday, October 18, 2024, to Monday, October 21, 2024. The reason for this request is that Mr. Caruso is visiting his daughter at college and helping secure a storage facility for her belongings when she attends an abroad exchange program. He will be available to speak with counsel via telephone to continue negotiating the terms of his plea agreement with the Government.

As noted, Pretrial Services consents to this temporary modification of his bail conditions. We thank the Court for its consideration.

Respectfully submitted,

Marc Agnifilo
Teny R. Geragos

cc:   All Counsel (via ECF)