UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY CARUSO,<br><br>               Defendant. | Crim. No. 23-cr-654 (LJL)<br><br>~~PROPOSED~~ ORDER |

      On consent of Pretrial Services and the Government (AUSA Jane Kim appearing), Defendant Troy Caruso is permitted to travel to Buffalo, New York, from November 1, 2024, to November 4, 2024.

                                                             */s/ Lewis J. Liman*
                                                             The Honorable Lewis J. Liman
                                                             United States District Judge

Dated:      November 1, 2024