# AGNIFILO INTRATER

December 4, 2024

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**
The Court approves the modification to Mr. Caruso's bail conditions to allow him to travel as proposed.

12/5/2024  SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re:   United States v. Troy Caruso, 23 Cr. 654 (LJL)

Dear Judge Liman:

We represent Mr. Troy Caruso in the above-captioned case and write to request a modification of Mr. Caruso's bail conditions allowing him to travel to Charleston, South Carolina on December 7th, 2024 through December 9th 2024. We had previously made this request on October 17, 2024 (ECF 62), which the Court granted on October 18, 2024 (ECF 63). However, Mr. Caruso did not end up traveling to Charleston that weekend, and would like to renew his request to travel December 7th. The reason for this request is that Mr. Caruso is visiting his daughter at college and helping her move her belongings into storage prior to her attending an abroad exchange program. We reached out to the government for its position, but have not yet heard back.

We thank the Court for its consideration.

Respectfully submitted,

*[signature]*

Marc Agnifilo
Teny R. Geragos

cc:   All Counsel (via ECF)