# AGNIFILO INTRATER

January 3, 2025

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**
**The Sentencing hearing previously set for February 12, 2025 is rescheduled to February 28, 2025 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.**

1/3/2025    SO ORDERED.
LEWIS J. LIMAN
United States District Judge

RE:    United States v. Caruso and Nolan, 23 Cr. 654 (LJL)

Dear Judge Liman:

With the consent of the government, the defense requests an adjournment of the sentencing hearing, currently scheduled for February 12, 2025, to February 28, 2025, or a date convenient for the court prior to March 17, 2025. Defense counsel has pre-trial hearings and a trial in the matter of United States v. Trent Brockmeier, 20 Cr. 800 (ESK) in the District of New Jersey commencing on January 15, 2025. Therefore, we ask that the sentencing in this case be adjourned until after the District of New Jersey trial which should end during the last week of February 2025. The government (AUSA Jane Kim) has a trial beginning March 17, 2025, and therefore, we request a date prior to the start of her trial. Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo

cc:    Government Counsel (via ECF)
       US Probation Officer Ashley Geiser (via email)