# AGNIFILO INTRATER

January 24, 2025

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

> REQUEST GRANTED.
> The Court approves the modification to Mr. Caruso's conditions of release to allow him to travel as proposed.
>
> 1/27/2025   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Re:   **United States v. Troy Caruso**, 23 Cr. 654 (LJL)

Dear Judge Liman:

    I write on behalf of my client, Troy Caruso, to seek a modification of his conditions of release to allow him to travel to Providence, Rhode Island from January 28, 2025 to January 29, 2025 to pick up personal belongings that the Providence Police Department recovered following a robbery at Mr. Caruso's golf course. Pretrial Services (Officer Jessica Aguilar-Adan) has no objection. We asked the Government (AUSA Jane Kim) for their position, but she is out of the office; therefore, we submit this request without the Government's position. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Teny Geragos*
Teny Geragos
AGNIFILO INTRATER
445 Park Ave., 7th Fl.
New York, NY 10022
646-205-4350
teny@agilawgroup.com

cc:   Counsel for the Government (via ECF)