UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
       -v- : 23-CR-654-1 (LJL)
 :
TROY CARUSO, : ORDER
 :
          Defendant. :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The parties are hereby put on notice that the Court is considering a downward variance in this case. In addition, the parties shall be prepared to discuss whether the special condition of mental health treatment is appropriate in this case.

    SO ORDERED.

Dated: February 24, 2025
       New York, New York

                                    LEWIS J. LIMAN
                                  United States District Judge