# AGNIFILO INTRATER

March 26, 2025

**VIA ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

REQUEST GRANTED.
Mr. Caruso's surrender date is adjourned to April 22, 2025.
Mr. Caruso is to surrender at the institution designated by the Bureau of Prisons before 2:00 p.m. on April 22, 2025.

3/27/2025    SO ORDERED.
*[signature]*
LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Troy Caruso**, 23 Cr. 654 (LJL)

Dear Judge Liman:

    I write on behalf of our client, Troy Caruso, to request a two-week adjournment of his surrender date to allow him to continue to arrange accommodations for his businesses in advance of his prison term. His current surrender date is April 8, 2025. We request to modify his surrender date to April 22, 2025. We have discussed this application with the government and they consent to this request.

    We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Teny Geragos*
Teny Geragos

cc:   Counsel for the Government (via ECF)