# AGNIFILO INTRATER

April 18, 2025

VIA ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

**REQUEST GRANTED.**
The Court adjourns Mr. Caruso's surrender date to May 9, 2025.

4/18/2025   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   United States v. Troy Caruso, 23 Cr. 654 (LJL)

Dear Judge Liman:

I write on behalf of our client, Troy Caruso, to request an adjournment of his surrender date to allow him to continue to arrange accommodations for his businesses in advance of his prison term. At present, 26 of his company accounts have been cancelled, in addition to his personal and business credit cards. His current surrender date is April 22, 2025. We request to modify his surrender date to May 9, 2025. We have discussed this application with the government and they consent to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Teny Geragos*
Teny Geragos

cc:   Counsel for the Government (via ECF)

445 PARK AVE, 7TH FLOOR | NEW YORK, NY 10022 | WWW.AGILAWGROUP.COM