UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                    23-CR-654-1 (LJL)

TROY CARUSO,                                         ORDER

                Defendant.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant to respond to the motion for preliminary order of forfeiture no later than September 26, 2025. The Government to reply by October 3, 2025.

      SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                                         LEWIS J. LIMAN
                                                United States District Judge