UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                            :

UNITED STATES OF AMERICA,              :

                     Plaintiff,       :            23-CR-654 (LJL)

         -v-                      :               ORDER

TROY CARUSO,                    :

                    Defendant.     :

------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Government is ordered to respond by May 5, 2026 to Defendant's motion to modify conditions of supervised release to permit interstate travel and further to indicate whether there is reason why the Court should not terminate Defendant's term of supervised release.

      SO ORDERED.

Dated: April 29, 2026
       New York, New York                           LEWIS J. LIMAN
                                                 United States District Judge