UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,            :

                        Plaintiff,      :           23-CR-654-1 (LJL)

                                   :

          -v-                  :           ORDER

                                   :

TROY CARUSO,                    :

                                   :

                    Defendant.    :

                                   :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Government is directed to respond to Defendant's renewed motion to modify conditions of supervised release at Dkt. No. 127 by June 5, 2026.


      SO ORDERED.

Dated:  June 2, 2026
       New York, New York                         LEWIS J. LIMAN
                                     United States District Judge