UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,              :

                      Plaintiff,       :            23-CR-654-1 (LJL)

                                    :

        -v-                            :              ORDER

                                    :

TROY CARUSO,                     :

                                    :

                  Defendant.     :

                                    :
--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

For substantially the reasons set forth by the Government, Defendant's conditions of supervised release are modified to permit travel between New York, Vermont, Florida and South Carolina for employment or family obligations subject to the following conditions: (i) any travel between the four states without Probation's pre-approval shall not exceed two weeks in duration; (ii) the defendant shall notify his supervising Probation Officer of his proposed travel plans at least twenty-four hours in advance of his travel; (iii) the defendant shall report his location and status to his supervising Probation Officer at least once per week, either by telephone or email, at the Probation Officer's discretion; and (iv) Defendant shall truthfully answer all inquiries by the Probation Office regarding his travel and shall provide travel documentation and itineraries on request.

      SO ORDERED.

Dated: June 8, 2026
      New York, New York                      _____
                                        LEWIS J. LIMAN
                                United States District Judge