UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v-

TROY CARUSO,

Defendant.

23-CR-654-1 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Government is directed to respond to Defendant's motion for relief at Dkt. No. 132 by August 17, 2026, and Defendant is to reply by August 24, 2026.

The Clerk of Court is respectfully directed to send a copy of this Order to the Defendant at 4850 South Ocean Blvd, Highland Beach, Florida 33487.

SO ORDERED.

Dated: August 3, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge